DAVID M. PIERSON *v.* STATE OF CONNECTICUT ET AL.

The petitioner David M. Pierson's petition for certification for appeal from the Appellate Court, 21 Conn. App. 810, is denied.

*David S. Golub,* in support of the petition.

*Harry Weller,* assistant state's attorney, in opposition.

Decided April 25, 1990

S. PRESTLEY BLAKE ET AL. *v.* BOARD OF TAX REVIEW OF THE TOWN OF SOMERS

The plaintiffs' petition for certification for appeal from the Appellate Court, 21 Conn. App. 811, is denied.

*Margaret L. Anderson,* in support of the petition.

*Edward J. McGuire,* in opposition.

Decided April 25, 1990

JOHN H. GRADY ET AL. *v.* ROBERT A. SCHMITZ ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 21 Conn. App. 111, is denied.

*Ridgely W. Brown,* in support of the petition.

*Philip R. McKnight,* in opposition.

Decided May 3, 1990

STATE OF CONNECTICUT *v.* VIRGIL WILSON-BEY, SR.

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 162, is denied.

*Mark S. Baldwin,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided May 3, 1990